IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN S. WATTERS and AMBER M.    )
WATTERS,                        )
                                )
            Plaintiffs,         )        8:13CV162
                                )
      v.                        )
                                )
LAW FIRM OF ALLAN C. SMITH,     )        ORDER
P.C.,                           )
                                )
            Defendant.          )
_____ )
```

This matter is before the Court on the motion for leave to file response out of time (Filing No. 11) and the joint stipulation regarding defendant's deadline to respond to plaintiffs' complaint (Filing No. 13).  The Court finds the motion is moot in view of the stipulation.  Said stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation regarding defendant's deadline to respond to plaintiffs' complaint is approved and adopted. Defendant shall have until August 1, 2013, to answer or otherwise respond to plaintiffs' complaint.

2) The motion for leave to file response out of time is denied as moot.

      3) The clerk's entry of default (Filing No. 10) is vacated and set aside.

      DATED this 3rd day of July, 2013.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court