IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN S. WATTERS and AMBER M. WATTERS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV162 |
| v. | ) ) | |
| LAW FIRM OF ALLAN C. SMITH, P.C., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion for leave to file an amended answer (Filing No. 34).  The Court notes plaintiffs have no objection.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until January 17, 2014, to file its amended answer.

DATED this 14th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court