IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN S. WATTERS and AMBER M. WATTERS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV162 |
| v. | ) ) | |
| LAW FIRM OF ALLAN C. SMITH, P.C., | ) ) ) | ORDER AND JUDGMENT |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 45). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. This action is dismissed on its merits with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 13th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court